UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22436

GUSTAVO B. SAMPAIO,
on behalf of himself and
all others similarly situated,

CIV-UNGARO-

MAGISTRATE JUDGE
O'SULLIVAN

Plaintiff,

v.

PEOPLE FIRST RECOVERIES, LLC,

Defendant.

_____/

FILED by ___ D.C.
INTAKE
SEP 17 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## CLASS ACTION COMPLAINT AND JURY DEMAND

1. Plaintiff Gustavo B. Sampaio, on behalf of himself and all others similarly situated, alleges Defendant First People Recoveries, LLC violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") by failing to identify itself and failing to inform the consumer that "this is an attempt to collect a debt."

### JURISDICTION AND VENUE

2. This Court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

### PARTIES

1

3. Plaintiff, GUSTAVO B. SAMPAIO, is a natural person who resides in Miami-Dade County, Florida.

4. Plaintiff, GUSTAVO B. SAMPAIO, is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. Defendant, PEOPLE FIRST RECOVERIES, LLC, is a limited liability corporation with its principal place of business at 2080 Elm Street SE, Minneapolis, Minnesota 55414.

6. Defendant regularly uses the mails and telephone in a business the principal purpose of which is the collection of debts.

7. Defendant regularly collects or attempts to collect debts for other parties. It is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

8. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

9. Defendant left the following message on Plaintiff's voice mail on or about August 8, 9, 10, 13, 14, 15, 16, 17, 20, 27, 29, 30, 2007 and September 11, 2007:

> Hello. This is an important message only for Gustavo B. Sampaio. This is not a sales or marketing phone call. This message is regarding business you are currently conducting. To receive your message please call us back at 866-229-9780. Thank you.

2

10. Based upon information and belief, Defendant left similar or identical messages on other occasions within one year of the filing of this complaint. (Collectively, "the messages").

11. The messages are "communications" as defined by 15 U.S.C. §1692a(2).

12. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector, identify itself, and failed to inform the consumer that "this is an attempt to collect a debt."

## VI. CLASS ACTION ALLEGATIONS

13. This action is brought on behalf of a class defined as (i) all Florida residents to whom Defendant left a message similar to the message left for Mr. Sampaio (ii) in an attempt to collect a debt incurred for personal, family, or household purposes (iii) during the one year period prior to the filing of the complaint in this matter.

14. Plaintiff alleges on information and belief based on the use of uniform telephone messages that the class is so numerous that joinder of all members is impractical.

15. There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members. The principal issues are:

      a.      Whether Defendant's telephone messages violate the FDCPA.

      b.      Whether defendant is a debt collector.

16.     The claims of Mr. Sampaio are typical of those of the class members. All are based on the same facts and legal theories.

17.     Mr. Sampaio will fairly and adequately protect the interests of the class. He has retained counsel experienced in handling actions involving unlawful practices under the FDCPA and class actions. Neither plaintiff nor his counsel have any interests which might cause them not to vigorously pursue this action.

18.     Certification of a class under Rule 23(b)(2) of the Federal Rules of Civil Procedure is appropriate in that defendants have acted on grounds generally applicable to the class thereby making appropriate declaratory relief with respect to the class as a whole.

19.     Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is also appropriate in that:

      a.      The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

      b      A class action is superior to other available methods for the fair and efficient adjudication of the controversy.

## COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

20.     Plaintiff incorporates the foregoing paragraphs.

21. Defendant failed to disclose in the telephone messages that it is a debt collector and that "this is an attempt to collect a debt" in violation of 15 U.S.C. §1692e(11). See: <u>Foti v. NCO Fin. Sys.</u>, 424 F. Supp. 2d 643, 646 (S.D.N.Y. 2006); <u>Begin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M.D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs.</u>, 2006 U.S. Dist. LEXIS 67719 (S.D.N.Y., Sept. 18, 2006).

22. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C. §1692d(6). See: <u>Wright v. Credit Bureau of Georgia, Inc.</u>, 548 F. Supp. 591, 593 (N.D.Ga. 1982); and <u>Hosseinzadeh v. M.R.S. Assocs.</u>, 387 F. Supp.2d 1104 (S.D.Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and the class he seeks to represent against Defendant for:

    A. Certification of this matter to proceed as a class action;

    B. Statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(B);

    C. Attorney's fees, litigation expenses and costs of suit; and

    D. Such other or further relief as the Court deems proper.

### JURY DEMAND

Plaintiff Gustavo B. Sampaio demands trial by jury.

Dated this __17__ day of September, 2007.

                          DONALD A. YARBROUGH, ESQ.
                          Attorney for Plaintiff
                          Post Office Box 11842
                          Ft. Lauderdale, FL 33339
                          Telephone: 954-537-2000
                          Facsimile: 954-566-2235
                          donyarbrough@mindspring.com

By: _____
      Donald A. Yarbrough, Esq.
      Florida Bar No. 0158658

O. Randolph Bragg
Craig M. Shapiro
HORWITZ, HORWITZ & ASSOCIATES
25 East Washington Street, Suite 900
Chicago, IL 60602
(312) 372-8822
(312) 372-1673  (FAX)

**ATTORNEYS FOR PLAINTIFF**

6

# CIVIL COVER SHEET

**MAGISTRATE JUDGE O'SULLIVAN**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I(a) PLAINTIFFS
Gustavo B. Sampaio

**07-22436**

### DEFENDANTS
People First Recoveries, LLC

FILED by _____ D.C.
INTAKE
SEP 17 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

**CIV-UNGARO-**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

1:07CV 22436-UU-O'Sullivan

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

### II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

### IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.** 1-2 days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

### NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability ☐ 371 Truth in Lending B | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle ☐ 380 Other Personnel Property Damage | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability ☐ 385 Property Damage Product Liability | **A LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** ☐ 720 Labor Management Relations B | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment ☐ 530 General* | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | |

### VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)
☒ 1. Original Proceeding   ☐ 2. Removed from State Court   ☐ 3. Remanded from Appellate Court   ☐ 4. Refiled   ☐ 5. Transferred from another district (specify)   ☐ 6. Multidistrict Litigation   ☐ 7. Appeal to District Judge from Magistrate Judgment

### VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A ☐ UNDER F.R.C.P. 23   CLASS ACTION   Yes   DEMAND $ N/A
Check YES only if demanded in complaint   ☒ YES   ☐ NO
**JURY DEMAND:**

### VIII. RELATED CASE(S) IF ANY
(See Instructions):   JUDGE   DOCKET NUMBER

DATE: September 17, 2007   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F 1-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No._____   Amount: 350.00
Date Paid: _____   M/ifp: _____

34 0994

FTL/LINP/266449/5pld01!.DOC/9/17/07/26094.010400