UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-22436

UNGARO/SIMONTON

GUSTAVO B. SAMPAIO,

    Plaintiff,

vs.

PEOPLE FIRST RECOVERIES, LLC, and
FFPM CARMEL HOLDINGS 1, LLC,

    Defendant.
_____/

### NOTICE OF SETTLEMENT

    Defendant hereby serves notice upon the Court that a global individual settlement has been reached with Plaintiff. Specifically, Plaintiff has agreed to a settlement with the Defendants, PEOPLE FIRST RECOVERIES, LLC and FFPM CARMEL HOLDINGS 1, LLC, related to all claims that have or could have been asserted by the Plaintiff, and Plaintiff will be releasing all of his claims, including attorneys' fees and costs, with prejudice to Plaintiff individually, and without prejudice or notice to the putative class, as a class has not been certified as of this time. The settlement also contemplates that Plaintiff will withdraw the pending Amended Motion for Class Certification.

    The parties are in the process of preparing the appropriate settlement documents for submittal to the Court, and are optimistic that such documents will be served and filed within the next 15 to 20 days upon Plaintiff's execution of a proposed release acceptable to the parties, as

CASE NO. 07-22436

well as the transfer of the settlement payment and executed documents.

Dated: May 23rd, 2008.

Respectfully submitted,

By: */s/ David P. Hartnett*
David P. Hartnett, Esquire
Florida Bar No. 0946631
dhartnett@hinshawlaw.com
Hinshaw & Culbertson LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, Florida 33156-2741
Tel. No. 305-358-7747
Fax No. 305-577-1063

14421998v1 881716

CASE NO. 07-22436

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23rd, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the attorney of record on the attached service list.

By: */s/ David P. Hartnett*
David P. Hartnett

14421998v1 881716

CASE NO. 07-22436

## SERVICE LIST

**United States District Court, Southern District of Florida**

Donald A. Yarbrough, Esquire
Post Office Box 11842
Ft. Lauderdale, Florida 33339
Phone: 954 537-2000
Fax: 954 566-2235

Randolph Bragg, Esquire
Horwitz, Horwitz & Associates
25 East Washington Street, Suite 900
Chicago, IL 60602
Phone: 312 372-8822
Fax: 312 372-1673

Skip Kohlmyer, III, Esquire
Bell, Roper & Kohlmyer, P.A.
2707 East Jefferson Street
Orlando, FL. 32803

14421998v1 881716