UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  07-22436-Civ-Ungaro/Simonton

GUSTAVO B. SAMPAIO,
on behalf of himself and others
similarly situated,

    Plaintiff,

v.

PEOPLE FIRST RECOVERIES, LLC, and
FFPM CARMEL HOLDINGS 1, LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion to Dismiss, filed June 2, 2008.  (D.E. 92.)

THE COURT has reviewed the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the parties' Joint Motion to Dismiss is GRANTED. This case is DISMISSED WITH PREJUDICE each party to bear their own fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 3d day of June, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record